# THE SPRANO LAW FIRM, LLP
## ATTORNEYS AT LAW

MICHAEL C. SPRANO

10603 Judicial Drive
Fairfax, Virginia 22030
Tel: 703-591-1332
Fax: 703-591-1517

ALENE C. SPRANO

November 7, 2016

The Honorable Gerald Bruce Lee
Unite States District Court for the Eastern Distric of Virginia

RE: U.S. v. Steven Frederiksen, CR 1:16 96

Your Honor:

Mr. Frederiksen appears before the Court on November 8, 2016, for sentencing. Please consider the attached character letters submitted on his behalf.

Sincerely,

Michael C. Sprano

Neil and Victoria Frederiksen
4480 Apollo Ave.
North Port, Florida 34286

Re: Sentencing of Steven J Frederiksen

November 3, 2016

Dear Judge and members of the court,

We, Neil & Victoria Frederiksen, are writing this letter on behalf of our son who is before you on criminal charges and is due to be sentenced on November 8, 2016. We are both retired and are residents of North Port, Florida. We are aware of the charges to which Steven has pleaded guilty. We are also aware of his remorse over his actions. He has been reading the bible and going to religious services while incarcerated to help deal with his actions and seek forgiveness. We have observed in his letters his greater understanding of his actions and a willingness to take responsibility.

Steven has always been a very good student graduating from the United States Military Academy with an Engineering Physics degree and then earning a master's degree in Nuclear Physics from the University of Tennessee while working for the United States Army. He has served in the Army for over 20 years and is presently a Lieutenant Colonel. Steven has received many commendations and awards for his service to our country.

Steven is the father of three of our grandchildren and it has been a hardship for the children to have their father incarcerated. The two oldest children are in college and recently have not been able to have Steven's counsel or financial support. The youngest child is in his third year of high school and greatly misses and needs his father's direction and guidance.

Our son has been involved with the children throughout their lives as a Cub Scout leader and youth leader at their church. Steven has given his time and resources to his church as a youth leader, choir member and as a member of the council. Camping trips with the scouts and church youth group trips to regional and national conventions and work service for the Habitat for

Humanity have been possible with Steven's direction, knowledge and guidance.

Throughout his life, Steve has basically been a good Christian person helping, serving, teaching and living where and when needed. He has high standards for himself and is considerate of others wants and needs. He realizes and admits his acts and we cannot imagine that he will again commit any illegal activity.

Judge, we pray that you will have heartfelt compassion in making your decision and take into consideration the good he has done in his life, as well as what he can give back to society and his family when his sentence is completed.

Respectfully,

Neil Frederiksen

Victoria Frederiksen

Judge and people of the court,

Thanks to my dad, my childhood could not have been better. He was always involved and supportive whenever my brothers and I wanted to try new things. He attended every soccer, baseball, football, cheer and gymnastics meet we ever had and did not mind practicing with us when we needed help. Even after my parents divorce our relationship remained strong as he made time for us to visit him every other weekend and holiday. Allowing me to live my childhood with an excellent father figure to look up to. Thanks to his guidance, love, and support I am the woman I am today. Although he has made mistakes, my image of him has not changed. There was never an incident where he gave any sign of inappropriate behavior around me, my brothers, or around our friends. They all enjoyed being around him and still see him as the goofy dad he is, regardless of what he's done. Our friends and their parents don't see him as a threat and continue to think highly of him as a person. As do I. He is still always there for my siblings and I whenever we need him, and we never suspected him as the person he appears to be to those who are only aware of his current situation. He is a good man that was proud to serve his country, the best father, and will remain that way regardless of the verdict. My siblings and I need him as much as any other child needs a father in their life. He has already had to miss some important events in my life and I hope won't have to miss much more. I can't stand the idea of him not being able to walk me down the aisle on my wedding day or miss the birth of his grandchildren. I understand the law, and respect it, but I hope this helps you understand how good of a person he is, how much he means to me, and how much of an impact your decision will have on my life.

Sincerely,

Ashley Frederiksen

Steven Frederiksen
30 Viking Lane
Stafford, VA

11/03/16

Your Honor,

First of all, thank you for taking the time to read this letter and consider my point of view in your decision regarding my father. Whatever the sentence comes to, I will be grateful that I had the chance to positively affect it.

Throughout my life there has been a constant positive influence, largely in part to the presence of my father. From the beginning of my being able to understand, he has done his best to teach me how to lead my life in a positive manner. He did this mostly by being an active part of my life at the most crucial times; such as during and after my parents' separation and eventual divorce. Even when he moved to Tennessee to continue his education I never felt that he had actually left me. Whether it was through a weekly phone call or by actually seeing him in person every other holiday and often in between, there was always a constant connection between us.

That connection become increasingly important as time went on. My siblings and I gained both a Step Mother and a Step Father and as often is the case life got more complex. Whenever I needed him, whether I knew it or not, my father was there ready to help. Even throughout the past year, with all of his struggles and trials, he was still there when I needed him. His ability to give advice has always impressed me. I have consulted him about problems small and large and every time he is able to talk through it and help me through.

The love and care that he has shown my siblings and me was never limited to us. From Boy Scouts to our church youth group, he was able to spread his positive attitude and love to our immediate community. Both the adults and other children that were a part of those organizations respected and looked up to my father. No matter what task he took on, those involved gravitated around him and could speak at length about his ability to bring a positive energy and mindset to the project.

Upon hearing about his current situation, those I have talked to expressed extreme shock and disbelief; as did I. I can imagine that a similar attitude is shared by those I have not directly conferred with. When looking at his past influence on others, his positive attitude, loving nature, and when looking at his children and how he has raised them, almost no one sees a person that can commit the crimes which he has plead guilty to. To them and myself, those crimes do not and will never define who he is. There is so much good will and love inside of him, all of which better describe him than the word "criminal."

t
These experiences and attitudes only add to the severity and effect that this sentencing will have on everyone's lives. Although I appreciate the reality that he faces, that if he pleads guilty he must pay the lawful sentence, I argue that anything above the minimum is excessive and unjust. There can be no added justice by prolonging his absence, for there is nothing to be gained from it.

Punishment for a crime is meant to remove a threat to society and to prevent that threat from repeating their actions. I argue that a prolonged sentence will do no more in this sense for my father than a minimum or shorted sentence will do. With the extreme shame and disappointment that everyone feels towards him and that he feels toward himself, there is no possibility that he would risk it again by

repeating his actions; it would destroy both himself and his family. Additionally, from what I have stated above, he can only positively contribute to society and his community. Anything less, and he would not be the person which he has repeatedly proven himself to be.

Once again, thank you for your time and your consideration of my position. I hope that what I have said can swing you in my father's favor.

Respectfully,

*[signature]*

Steven Frederiksen

November 4, 2016

RE: Steven Frederiksen

Your Honor:

I am writing this character reference letter on behalf on my husband, Steve Frederiksen. Whereas, I understand the seriousness of the situation and charges, the Steve I know and have known for 9 years is a loving, caring, giving and selfless person. He has shown complete remorse and sorrow over this past year of his actions and what his actions has cost his family.

Steve has been a very giving, caring and supportive person and husband. I have found over the years that he is always first to lend a helpful hand to neighbors, family and friends. He has volunteered his time over and over to be of service whether to the church, habitat for humanity, or family. He is the man that will pick up trash from a parking lot when most just walk by or take the grocery cart back for an older person just because.

Steve is the husband that would make sure I received flower on my deceased mother's birthday every year (even though he never met her). He is the husband that held me for days and let me cry and mourn the loss of our twins. He is the husband that would make me laugh and be silly when I had a bad day at work or cry at a chick flick with me. He would always make sure I had a hug every single day when I came home from work and always encouraged me to go for whatever goal or dream I had with no complaints. He is a very caring and compassionate man who will put himself last to make sure his kids and I are happy first. He worked very hard to make sure the kids and I had all that we ever needed and more. He took pride in caring for his family and he did a wonderful job at it. He loves being involved with the church and helping everyone he can.

I have witnessed over the years that people are drawn to him and his opinion. People seek him out repeatedly for his advice, opinion or help. He always responds without hesitation whether it's being asked to serve on the board at church or write a letter of reference for a friend. I have noticed that even recently in Ft. Belvoir hospital and currently at the Alexandria jail that has not changed. He helped a patient talk through things when the pastor was not available at the hospital and listened with non-judgment (which he is very good at). He helped an inmate who does not speak a lot of English and cannot write English at all, write a letter. These are just some of the qualities that I admire about Steve.

Steve is a wonderful father. I noticed from the first time I met his kids that they truly love, adore and look up to their father. Which, coming from divorced parents myself I really was impressed with his relationship with them. I saw a real family with an abundance of love and a father who held his daughter as she cried because she had missed him so much. He always made sure he made it to all their events when work would allow and often volunteered his time to be a part of whatever they were doing so he could be with his kids not just as a bystander but a part of their adventure and experience.

I hope this letter sheds some light on the Steve that I know. The Steve that is giving and loving and selfless.

Thank you,

Nikole Frederiksen

To whom it may concern,                                November 3rd, 2016

I want to start by saying how long I have known Steve Frederiksen, Our families have known each other for about 13 years, our oldest 2 boys are the very best of friends and our 2nd borns our best friends as well. I first met Steve in scouts and our families became friends, he was our Scout Master and would help us at our Den meetings, one such meeting the neighbor ran over with my son Ryley in hand with a very broken leg, we had a house full of scouts and did not know what to do, Steve jumped into action with hesitating and left with my husband to the ER and then on to children's hospital. This is the Steve I know, the man that has been by our side and I by his. Steve has proudly served his country, and has been a wonderful father to his 3 kids and has been a mentor to my 4 boys as well, he has worked side by side with me at Church where we have done habitat for humanity and he has gone on major service projects with us and at no time did I ever feel he had any inappropriate behavior.  Many people love and respect him and I do to and our church also stands by him, he is a brother to me and a good person that has made mistakes as we all do from time to time, I don't know what his future holds but I do hope that you keep his kids in mind and that they need their father!!! Thank you for your time.

Peace,

Heather Browning